UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHANG GUI SU,

        Plaintiff,

  v.

DIANNE FEINSTEIN,

        Defendant.

Case No. 15-cv-02435-KAW

ORDER TO SHOW CAUSE

This action was filed on June 2, 2015. (Dkt. No. 1.)  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 120 days to complete service of the complaint and summons on Defendant, such that September 30, 2015 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11.  The Case Management Conference (CMC) originally scheduled for September 1, 2015 was previously continued to December 15, 2015, because Defendant had not been served 7 days prior to the original CMC date. (Dkt. No. 11.)

IT IS HEREBY ORDERED that by no later than **November 13, 2015**, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief.  Failure to respond by the deadline may result in this case being dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: October 21, 2015

KANDIS A. WESTMORE  
United States Magistrate Judge