UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG GUI SU,<br><br>    Plaintiff,<br><br>    v.<br><br>DIANNE FEINSTEIN,<br><br>    Defendant. | Case No. 15-cv-02435-KAW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; ORDER VACATING 12/15/15 CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 13 |

On October 21, 2015, the Court issued an order to show cause to Plaintiff to explain why this case should not be dismissed for failure to complete service of the complaint within the period prescribed in Federal Rule of Civil Procedure 4(m). (Dkt. No. 13.) On November 2, 2015, Plaintiff filed an untitled document that the undersigned will construe as a response to the order to show cause. (Dkt. No. 14.) Therein, Plaintiff stated that he mailed the lawsuit and related documents in early-June. *Id.* at 2. To date, however, Plaintiff has not filed a certificate of service.

Accordingly, the order to show cause is discharged and Plaintiff is ordered to file a certificate of service on or before December 31, 2015. If Plaintiff cannot recall the date and all information concerning the June 2015 attempt to serve the complaint by mail, he should again serve all documents and file a certificate of service by December 31, 2015.

Additionally, Plaintiff shall not file any other documents in a language other than English without an English translation. Should Plaintiff want the Court to consider any non-English documents previously filed, he shall file an English translation of the documents along with a declaration that this is a translation and reference the original document. Otherwise the Court will not consider the non-English documents filed.

As Defendant has not been served, the Court VACATES the case management conference

scheduled for December 15, 2015. The Court will schedule an initial case management conference once the certificate of service is filed.

Following the correct court procedures is important, so Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982. Plaintiff may also wish to consult a manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at: *http://cand.uscourts.gov/proselitigants*.

IT IS SO ORDERED.

Dated: December 9, 2015

KANDIS A. WESTMORE
United States Magistrate Judge