UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG GUI SU,<br>　　　　　Plaintiff,<br>　　v.<br>DIANNE FEINSTEIN,<br>　　　　　Defendant. | Case No. 15-cv-02435-KAW<br><br>**SECOND ORDER TO SHOW CAUSE** |

On October 21, 2015, the Court issued an order to show cause to Plaintiff to explain why this case should not be dismissed for failure to complete service of the complaint within the period prescribed in Federal Rule of Civil Procedure 4(m). (Dkt. No. 13.) On November 2, 2015, Plaintiff filed an untitled document that the undersigned construed as a response to the order to show cause. (Dkt. No. 14.) Therein, Plaintiff stated that he mailed the lawsuit and related documents in early-June. *Id.* at 2. Plaintiff did not file a certificate of service.

On December 9, 2016, the Court discharged the order to show cause and ordered Plaintiff to file a certificate of service on or before December 31, 2015. (Dkt. No. 16.) Plaintiff was advised that if he could not recall the date and all information concerning the June 2015 attempt to serve the complaint by mail, he should again serve all documents and file a certificate of service by December 31, 2015. *Id.*

To date, Plaintiff has not filed a certificate of service. Accordingly, Plaintiff shall SHOW CAUSE on or before **May 27, 2016** by (1) explaining why he did not file a certificate of service by December 31, 2015 as previously ordered, and by (2) filing a certificate of service.  These must be filed as separate documents.  The failure to timely respond and timely file a certificate of service may result in the dismissal of this case for failure to prosecute.

1 The Court notes that Plaintiff has filed a variety of documents and "statements" that
2 include purported evidence of Defendant's wrongdoing. (*See* Dkt. Nos. 17-26.) These are
3 improper filings and are stricken. Following the correct court procedures is important, and
4 Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free
5 service for pro se litigants—by calling (415) 782-8982. Plaintiff may also wish to consult a
6 manual the court has adopted to assist pro se litigants in presenting their case. This manual, and
7 other free information for pro se litigants, is available online at:
8 *http://cand.uscourts.gov/proselitigants*.

9 IT IS SO ORDERED.

10 Dated: May 4, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge